UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-23858-Civ-COOKE/GOODMAN**

MSP RECOVERY CLAIMS, SERIES LLC,

    Plaintiff,

vs.

HARTFORD ACCIDENT AND INDEMNITY
COMPANY,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *without prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Plaintiff's Notice of Voluntary Dismissal Without Prejudice (ECF No. 66).

    The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in Chambers, Miami, Florida, this 3rd day of May 2018.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*

1